# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Alisha Claiborne, et al.
                    Plaintiff,

v.                                                          Case No.: 1:08−cv−02775
                                                            Honorable Susan E. Cox

Michael J. Astrue
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

MINUTE entry before the Honorable Susan E. Cox: Agreed motion for extension of time to answer [15] is granted. Defendant is given until 8/18/08 to file its answer. Parties need not appear for presentment of motion on 8/7/08 at 9:30 a.m. Status report set for 8/14/08 is stricken. Status hearing set for 8/18/08 is stricken. Status report due by 8/25/08. Status hearing set for 8/28/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.